JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Norma Portillo Lazo, | Case No. 2:22-cv-00454-CDS-BNW |
| Plaintiff, | **Stipulation and Order** |
| v. | **(First Request)** |
| Merrick B. Garland, U.S. Attorney General; Alejandro Mayorkas, DHS Secretary; Ur. M. Jaddou, Director of U.S. Citizenship and Immigration Services; David M. Douglas, District Director United States Citizenship and Immigration Services; Clyde Moore, Field Office Director for U.S. Citizenship and Immigration Services Las Vegas Office; John Doe, | |
| Defendants. | |

Plaintiff and Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from June 6, 2022 to August 5, 2022, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the first request for an extension of time.

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. Without waiver of any positions of the parties, the parties advise the Court that they have had preliminary discussions about possible resolution of this matter. This requested extension will provide additional time to continue such discussions, possibly obviating the need for Federal Defendants to prepare and file a

formal response to the Complaint, as well as the substantive briefs that would follow. Additionally, undersigned defense counsel has not yet received from the agency the applicable file materials for Plaintiff. Such file materials would be helpful, if not necessary, in responding to the allegations in the Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 6th day of June 2022.

| | |
|---|---|
| GWP IMMIGRATION LAW | JASON M. FRIERSON<br>United States Attorney |
| */s/ Kathia Quiros*<br>KATHIA QUIROS, ESQ.<br>Nevada Bar No. 8874<br>8942 Spanish Ridge Ave., Ste. 1<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney |

### ORDER

**IT IS SO ORDERED**

**DATED:** 12:49 pm, June 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**