JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Norma Portillo Lazo, | Case No. 2:22-cv-00454-CDS-BNW |
| Plaintiff, | **Stipulation and Order** |
| v. | **(Third Request)** |
| Merrick B. Garland, U.S. Attorney General; Alejandro Mayorkas, DHS Secretary; Ur. M. Jaddou, Director of U.S. Citizenship and Immigration Services; David M. Douglas, District Director United States Citizenship and Immigration Services; Clyde Moore, Field Office Director for U.S. Citizenship and Immigration Services Las Vegas Office; John Doe, | |
| Defendants. | |

Plaintiff and Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from October 4, 2022, to December 5, 2022, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the third request for an extension of time.

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. Without waiver of any positions of the parties, the parties advise the Court that they have had continued discussions about a potential resolution of this matter, as well taken steps toward such resolution. During the previous (second) extension of time, an effort was made in immigration court, but that effort was

unsuccessful. The parties have re-grouped, and another effort has been made in immigration court. This requested extension will provide additional time to see if such effort will be successful in immigration court, possibly obviating the needs for (i) Federal Defendants to prepare and file a formal response to the Complaint and (ii) the parties to prepare and file substantive briefs.

    This stipulated request is filed in good faith and not for the purposes of undue delay.

    Respectfully submitted this 4th day of October 2022.

| | |
|---|---|
| GWP IMMIGRATION LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ Kathia Quiros<br>KATHIA QUIROS, ESQ.<br>Nevada Bar No. 8874<br>8942 Spanish Ridge Ave., Ste. 1<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** October 5, 2022

2