JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Norma Portillo Lazo,<br><br>        Plaintiff<br><br>        v.<br><br>Merrick B. Garland, U.S. Attorney General; Alejandro Mayorkas, DHS Secretary; Ur. M. Jaddou, Director of U.S. Citizenship and Immigration Services; David M. Douglas, District Director United States Citizenship and Immigration Services; Clyde Moore, Field Office Director for U.S. Citizenship and Immigration Services Las Vegas Office; John Doe,<br><br>        Defendants | Case No. 2:22-cv-00454-CDS-BNW<br><br>**Stipulation and Order<br>to Dismiss with Prejudice** |

      Plaintiff and Federal Defendants, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs

and attorney's fees.

Respectfully submitted this  8th  day of December 2022.

| | |
|---|---|
| GWP IMMIGRATION LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ Kathia Quiros | /s/ Patrick A. Rose |
| KATHIA QUIROS, ESQ.<br>Nevada Bar No. 8874<br>8942 Spanish Ridge Ave., Ste. 1<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiff* | PATRICK A. ROSE<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  December 12, 2022

2